**Order entered May 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01516-CR
No. 05-12-01517-CR

**KELLY MACK LAMBETH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-80060-2012, 219-80495-2012**

## ORDER

The Court **REINSTATES** the appeals.

On April 23, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Tim Avery; (3) Mr. Avery explained the family matters caused the delay in filing appellant's brief; and (4) Mr. Avery indicated he could file appellant's brief within forty-five days of the May 2, 2013 hearing.

We **ORDER** appellant to file his brief by **JUNE 14, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     DAVID EVANS

JUSTICE